UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRICIA K. GRUESSER, | ) |
| Plaintiff, | ) CASE NO. |
| v. | ) |
| OCWEN LOAN SERVICING, LLC | ) |
| Defendant. | ) |

**ORIGINAL COMPLAINT FOR DAMAGES**
**AND**
**DEMAND FOR TRIAL BY JURY**

NOW COMES the Plaintiff, Patricia K. Gruesser ("Plaintiff"); by and through her attorney, Ryan R. Frasher, of The Frasher Law Firm, P.C.; for her Complaint against Ocwen Loan Servicing, LLC. ("Ocwen" or "Defendant") and respectfully shows the Court as follows:

**I.      INTRODUCTION**

1.      This complaint is filed pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* for the unlawful collection practices of Defendants.

2.      There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasion of individual privacy. *Congressional Findings and Declaration of Purpose 15 U.S.C. §§ 1692.*

3. It is the purpose of the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *Congressional Findings and Declaration of Purpose 15 U.S.C. §§ 1692*.

4. Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce. *Congressional Findings and Declaration of Purpose 15 U.S.C. §§ 1692*.

## II.   JURISDICTION & VENUE

5. This Court has jurisdiction under the FDCPA pursuant to 15 U.S.C § 1692k(d).

6. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

7. Venue is proper before this Court pursuant to 28 U.S.C. §1692k(d) and 28 U.S.C. §1391(b) where the acts and transactions giving rise to Plaintiff's action occurred within this district and where Defendant conduct business in this district.

## III.   PARTIES

8. Plaintiff is an adult citizen of the State Indiana.

9. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

10. Defendant, Ocwen, is a Delaware limited liability company with its principal place of business in West Palm Beach, Florida.

11. At all times relevant, Defendant was engaged in the business collecting "debt" from Plaintiff as that term is defined by 15 U.S.C. §1692a(5) here in this District.

12. Defendant is a "debt collector" as defined by the Fair Debt Collection Practices Act, 15 U.S.C. § 1692(a)(6).

13. Defendant is in the business collecting delinquent consumer debts.

14. Defendant uses the mail and interstate telephone system to conduct business.

**IV.      FACTUAL ALLEGATIONS**

15. Plaintiff was sued for foreclosure.

16. Judgment against Plaintiff was granted in 2010.

17. After filing for Chapter 13 Bankruptcy, the stay was lifted and her bankruptcy case was dismissed in January 2017.

18. Defendant has collected, and/or has attempted to collect a debt in excess of the statutory legal limit from Plaintiff.

19. Post-judgment interest shall not exceed eight percent (8%) per annum. Ind. Code. 24-4.6-1-101.

20. A Payoff Quote dated January 11, 2017 demonstrates that Ocwen was collecting interest, and/or attempting to collect, post-judgment interest at a rate

greater than the eight percent (8%) per annum in the amount of 8.2%. *See Exhibit A*- January 11, 2017 Payoff Quote, p. 2.

**V.        Count I - FDCPA**

21.     Plaintiff realleges and incorporates herein the allegations of the above paragraphs and claims in this pleading and are incorporated as if fully rewritten herein.

22.     The foregoing acts and omissions of Defendant constitute numerous and multiple violations of the FDCPA, including the following provisions:

  a.    15 U.S.C. § 1692f(1) - Defendant has collected and attempted to collect a debt which Defendant is not permitted to collect by law.

  b.    15 U.S.C. § 1692e(2)(A) - Defendant made false representations of the character amount, or legal status of any debt of Plaintiff.

  c.    15 U.S.C. § 1692e(10) – Defendant used false representation or deceptive means to collect or attempt to collect any debt.

WHEREFORE, Plaintiff, an individual, demands judgment against Defendant, for actual and statutory damages, together with interest, costs and attorney's fees pursuant to 15 U.S.C. 1692k, and for such other and further relief as justice may require.

**VI.       RELIEF REQUESTED**

WHEREFORE, the Plaintiff respectfully requests that this Court enter judgment in Plaintiff's favor and grant the following relief:

  a.    Declare that the Defendant violated the FDCPA and Plaintiff is a prevailing party;

  b. Statutory damages from Ocwen's for violation of the FDCPA in the amount of one thousand dollars ($1,000.00);

  c. Actual damages;

  d. Attorney's fees, litigation expenses and costs of suit; and

  e. Grant all proper and just relief.

**VII. DEMAND FOR JURY TRIAL**

Plaintiff, by counsel, respectfully requests a jury trial on all issues deemed so triable.

        Respectfully submitted,

        /*s/ Ryan R. Frasher*
        Ryan R. Frasher (#27108-49)
        The Frasher Law Firm, P.C.
        3209 W. Smith Valley Rd., Ste. 253
        Greenwood, IN 46142
        Phone: 317-300-8844
        Fax: 317-218-4501
        Email: rfrasher@frasherlaw.com