UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRICIA K. GRUESSER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:18-cv-00079-JMS-MPB ) ) |
| OCWEN LOAN SERVICING, LLC, | ) ) |
| Defendant. | ) |

## **MOTION TO DISMISS**

COMES NOW Defendant, OCWEN LOAN SERVICING, LLC, by counsel Hinshaw & Culbertson LLP, and in support of its Motion to Dismiss Plaintiff's Original Complaint for Damages and Demand for Trial by Jury ("Plaintiff's Complaint"), incorporates and herein contemporaneously files herewith, the Defendant's Memorandum in Support of Motion to Dismiss Plaintiff's Original Complaint for Damages and Demand for Trial by Jury.

WHEREFORE, Defendant, OCWEN LOAN SERVICING, LLC, respectfully requests that this Honorable Court enter an order granting the Defendant's Motion to Dismiss Plaintiff's Original Complaint for Damages and Demand for Trial by Jury, and for all other relief deemed just and proper under the premises.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: /s/ Jennifer L. Fisher
Jennifer L. Fisher 31967-64
Attorneys for Defendant OCWEN LOAN
SERVICING, LLC
322 Indianapolis Blvd., Suite 201
Schererville, IN 46375
Phone No.: 219-864-5051
Fax No. 219-864-5052
jfisher@hinshawlaw.com

301669775v1 1007617

## CERTIFICATE OF SERVICE

I certify that on the 13th day of April, 2018, a copy of the foregoing pleading or paper was filed electronically. Notice of this filing will be sent to all Counsel of record via the Court's Electronic Filing System.

By: /s/ Jennifer L. Fisher

301669775v1 1007617