# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRICIA K. GRUESSER, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:18-cv-79-MPB-JMS |
| | ) |
| v. | ) |
| | ) |
| OCWEN LOAN SERVICING, LLC | ) |
| | ) |
| | ) |
| Defendant. | ) |

> Marginal Entry Acknowledging Dismissal. This case is dismissed with prejudice, with each party to bear its own costs.
>
> *Matthew P. Brookman*
> Matthew P. Brookman
> United States Magistrate Judge
> Southern District of Indiana
>
> Date: 11/15/2018

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), the Plaintiff voluntarily dismisses this lawsuit with prejudice, with each party to bear his or its own costs. Defendant has no objection to such.

Respectfully submitted,

*/s/ Ryan R. Frasher*
Ryan Frasher (#27108-49)
The Frasher Law Firm, P.C.
3209 W. Smith Valley Road
Suite 253
Indianapolis, IN 46142
Phone: 317-300-8844
Fax: 317-218-4501
Email: rfrasher@frasherlaw.com

Counsel For Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on or about November 14, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic system, or mail where necessary. Parties may access this filing through the Court's system.

Jennifer L. Fisher
jfisher@hinshawlaw.com